IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.  13-cv-402 |
| $24,400.00 UNITED STATES CURRENCY, | ) ) | |
| Defendant. | ) ) ) ) | |

ORDER FOR DEFAULT JUDGEMENT

The United States of America, by its attorney, John W. Vaudreuil, United States

Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United

States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against

the defendant $24,400 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to

be furnished in exchange for a controlled substance, was proceeds traceable to such an

exchange, or was money used or intended to be used to facilitate a violation of Title II of

the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*. As such, these funds are subject to

forfeiture pursuant to  21 U.S.C. § 881(a)(6) .

Notice of this action was accomplished by personal service to all persons known

by the government to have an interest in the defendant currency.  Notice of the

forfeiture complaint was also published on the official internet government forfeiture site www.forfeiture.gov from July 2, 2013, through July 31, 2013.  The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $24,400 U.S. currency, is conveyed to the Plaintiff, United States of America.

2.      The United States Marshal for the Western District of Wisconsin is directed to dispose of the defendant currency in accordance with federal law.

DATED: _September 17, 2013_

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this _17th_ day of September 2013.

_____
PETER OPPENEER, Clerk of Court
United States District Court

2